# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 02-127L

(Filed: November 9, 2004)

**O R D E R**

The joint motion of the parties, filed October 26, 2004, for an enlargement of the existing stay until October 27, 2005, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims