IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed:<br>January 24, 2005<br><br>No. 02-127 L<br>Judge Lawrence Margolis |

**PARTIES' SEVENTH JOINT STATUS REPORT**

By order dated November 9, 2004, the Court granted the parties' joint motion to continue the stay of litigation in this case to and including October 27, 2005, and to continue filing joint status reports every 90 days. The parties submit the following joint report in accordance with that Order.

As described in their joint motion, the parties are dividing their informal discovery and settlement discussions into two major phases. Phase I comprises all of Plaintiff's claims regarding the Government's alleged mismanagement of Plaintiff's trust fund accounts. To avoid the cost and time of identifying thousands of documents, the parties initially are focusing on the Department of the Interior's Tribal trust fund account reconciliation project for the 1972-1992 period (performed by Arthur Andersen, LLC). Phase II comprises all of the Plaintiff's claims of trust asset mismanagement.

In the past 90 days, counsel for the parties discussed by telephone about future proceedings and possible approaches for Phase I of this case. As part of the discussion, counsel for Plaintiff requested certain documentation relating to the Tribal trust fund account reconciliation project. Counsel for Defendant is researching legal issues arising from Plaintiff's document request. Defendant's counsel expects to complete the legal research and discuss the results, as well as

response options, with Plaintiff's counsel shortly.

Also, counsel for the parties discussed possible ways to use or supplement the Tribal trust fund account reconciliation project as part of their settlement negotiations. The parties will continue these discussions about the additional accounting work requested by Plaintiff, if any, and about different approaches or models for informal exchanges of data and documents and for settlement of Phase I.

Further as described in the joint motion, Plaintiff participated in part of a joint document inspection and review process at the Interior Department's Office of Trust Records ("OTR"), in Albuquerque, NM, this past summer, with several other Tribes. The Tribes have collectively designated over 500,000 pages of documents for imaging, coding, and preparation for production. Before Defendant can produce the relevant subset of these images to Plaintiff, Defendant must complete the scanning and coding of the selected documents; conduct the appropriate confidentiality, secondary privilege, and due diligence reviews; and prepare the document images for final production. Thus far, Defendant has obtained 15,912 document images designated by Plaintiff, and Defendant's counsel expects to complete the foregoing tasks, among others, and produce the relevant images to Plaintiff by March 14, 2005.

As to the documents from the collection of Arthur Andersen, LLC work papers at the storage facility in Phoenix, AZ, that were inspected and designated for imaging by Plaintiff's counsel and expert on June 7-9 and 16-18, 2004, Defendant has obtained the 13,829 document images, and Defendant's counsel is in the process of conducting the appropriate confidentiality, secondary privilege, and due diligence reviews of the images. As soon as Defendant's counsel completes the review, Defendant will prepare the document images for production to Plaintiff. Defendant currently expects to produce the document images on or about March 14, 2005.

Respectfully submitted this 24th day of January, 2005.

*s/ Jeanne S. Whiteing*
*by s/ Brett D. Burton*
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

THOMAS L. SANSONETTI
Assistant Attorney General

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant