IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, Plaintiff, | Electronically Filed: April 20, 2005 |
| v. | No. 02-127 L<br>Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, Defendant. | |

**PARTIES' EIGHTH JOINT STATUS REPORT**

By order dated November 9, 2004, the Court granted the parties' joint motion to continue the stay of litigation in this case to and including October 27, 2005, and to continue filing joint status reports every 90 days. The parties submit the following joint report in accordance with that Order.

As described in the parties' seventh joint status report filed on January 24, 2005, the parties are dividing their settlement discussions and informal discovery efforts into two major phases. Phase I comprises all of Plaintiff's claims regarding Defendant's alleged mismanagement of Plaintiff's trust fund accounts. The parties are focusing on the Department of the Interior's Tribal trust fund account reconciliation project for the 1972-1992 period (prepared by Arthur Andersen, LLP).

In working together to determine the possibility of settlement, the parties have been and continue to be engaged in the informal production of documents and data relevant to Plaintiff's claims, with an emphasis on the 1972-1992 period. As described in the parties' seventh joint status report, Plaintiff participated in part of a joint document inspection and review process at the Interior Department's Office of Trust Records ("OTR"), in Albuquerque, NM, in June-September 2004, with several other Tribes. As part of that joint document inspection and review process, Plaintiff's

expert designated certain documents relevant to Plaintiff for imaging by Defendant. After scanning the documents and conducting the appropriate secondary and due diligence privilege reviews, Defendant produced 5,510 and 11,394 document images to Plaintiff's counsel, on March 4 and April 12, 2005, respectively. Defendant anticipates producing an additional 6,328 images to Plaintiff's counsel by May 28, 2005.

As to the documents from the collection of Arthur Andersen, LLP work papers at the storage facility in Phoenix, AZ, that were inspected and designated for imaging by Plaintiff's counsel and expert on June 7-9 and 16-18, 2004, Defendant produced 13,738 of 13,829 document images to Plaintiff on March 8, 2005. Defendant withheld 29 documents comprised of 91 document images, on the basis of applicable privileges, and, on March 8, it provided to Plaintiff's counsel a draft privilege log, setting forth a general description of the withheld documents and the privilege assertions. The parties have agreed that they would try to resolve informally any of Plaintiff's challenges to Defendant's privilege assertions, to the extent possible, before seeking the Court's involvement.

In the past 90 days, counsel for the parties discussed by telephone about future proceedings and possible approaches for Phase I of this case. As part of the discussion, Plaintiff's counsel requested certain documentation relating to the Tribal trust fund account reconciliation project. In response, on March 7, 2005, Defendant provided Plaintiff's counsel with a copy of a report by the Interior Department, entitled "Proposed Legislative Options in Response to Tribal Trust Fund Reconciliation Project Results" and dated December 11, 1996. Plaintiff's counsel is currently reviewing the report and may request additional relevant documentation, as appropriate.

Over the next 90 days, counsel for the parties expect to continue their discussions about Plaintiff's trust fund account mismanagement claims; ways to use or supplement the Tribal trust

fund account reconciliation project; their document and informational needs; and informal exchanges of data and relevant records. The parties will file their next joint status report on July 22, 2005.

Respectfully submitted this 20th day of April, 2005,

s/ Jeanne S. Whiteing
by s/ Brett D. Burton
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

KELLY A. JOHNSON
Acting Assistant Attorney General

s/ Brett D. Burton
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant