IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | Electronically Filed: July 21, 2005 |
| v. | ) | No. 02-127 L |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PARTIES' NINTH JOINT STATUS REPORT**

By order dated November 9, 2004, the Court granted the parties's joint motion to continue the stay of litigation in this case to and including October 27, 2005, and to continue filing joint status reports every 90 days. The parties submit the following joint report in accordance with that Order.

As previously reported, the parties have agreed to divide their settlement discussions and cooperative informal discovery efforts into two major phases, the first of which consists of all of Plaintiff's claims regarding Defendant's alleged mismanagement of Plaintiff's trust fund accounts. For this phase, the parties are focusing on the results of the Department of the Interior's Tribal trust fund account reconciliation project for the 1972-1992 period (prepared by Arthur Andersen, LLP), as those project results relate to Plaintiff.

In working together to determine the possibility of settlement, the parties have been and continue to be collaborating in the informal identification and production of documents and data relevant to Plaintiff's claims, with an emphasis on the 1972-1992 period. As previously described, Plaintiff participated in part of a joint document inspection and review process at the Interior Department's Office of Trust Records ("OTR") in Albuquerque, NM, in June-September 2004, with several other Tribes. As part of that joint document inspection and review process, Plaintiff's expert

designated certain documents relevant to Plaintiff for imaging and coding by Defendant. After scanning and coding the documents and after conducting the appropriate secondary and due diligence reviews, Defendant produced 16,904 document images to Plaintiff's counsel in March and April, 2005. Defendant anticipates producing an additional 13,911 document images to Plaintiff's counsel by July 29, 2005.

The work and efforts undertaken by the parties so far have been constructive, but they require more time to complete. Over the next 90 days, the parties expect to continue with their cooperative informal production of relevant records, as well as undertake discussions about ways to use or supplement the Tribal trust fund reconciliation project and about Plaintiff's trust fund mismanagement claims. The parties will file their next joint status report on October 20, 2005.

Respectfully submitted this 21st day of July, 2005,

s/ Jeanne S. Whiteing
by s/ Brett D. Burton
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

KELLY A. JOHNSON
Acting Assistant Attorney General

s/ Brett D. Burton
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

STEPHEN SIMPSON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240