# In the United States Court of Federal Claims

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, Plaintiff, | * | |
| v. | * | No. 02-127L |
| UNITED STATES OF AMERICA, Defendant. | * | (Filed: November 3, 2005) |

## ORDER

The joint motion of the parties, filed October 20, 2005, for an enlargement of the existing stay until October 27, 2006, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims