IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | Electronically Filed: January 24, 2006 |
| Plaintiff, | |
| v. | No. 02-127 L<br>Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**PARTIES' ELEVENTH JOINT STATUS REPORT**

By order dated November 3, 2005, the Court granted the parties' joint motion to continue the stay of litigation in this case, to and including October 27, 2006, and to continue filing joint status reports every 90 days. The parties submit the following in accordance with that Order.

As previously reported, the parties have divided their settlement discussions and cooperative formal discovery efforts into two major phases, the first of which consists of all Plaintiff's claims regarding Defendant's alleged mismanagement of Plaintiff's trust fund accounts. For this phase, the parties are focusing on the results of the Department of the Interior's Tribal trust fund account reconciliation project for the 1972-1992 period (prepared by Arthur Andersen, LLP), as those project results relate to Plaintiff.

In working together to determine the possibility of settlement on this phase, the parties have been and continue to be collaborating in the informal identification and production of documents and data relevant to Plaintiff's claims, with an emphasis on the 1972-1992 period. Since October 20, 2005, when the parties filed their tenth joint status report, Defendant has produced 447 documents in electronic format (1,329 document images, with associated metadata or coding) to Plaintiff. These images are of those documents reviewed and designated by Plaintiff's counsel

and/or expert for reproduction during their inspections of documents identified by Defendants as being responsive to Plaintiff's informal document production requests. Additionally, Defendant provided to Plaintiff certain background materials that were requested informally by or discussed with Plaintiff's counsel, including certain statutory provisions and regulations, portions of Interior Department manuals, annual reports, handbooks, and agency procedures.

The work and efforts undertaken by the parties so far have been constructive, but they require more time to complete. Over the next 90 days, the parties expect to continue with their cooperative informal production and review of relevant records, as well as undertake discussions about ways to use or supplement the Tribal trust fund reconciliation project and about Plaintiff's trust fund mismanagement claims. The parties expect to schedule a meeting with the Office of Historical Trust Accounting (OHTA) of the Interior Department to discuss potential methodologies and targeted document searches for negotiating a possible settlement (which may include an agreed-upon accounting). The parties will file their next joint status report on April 25, 2006.

Respectfully submitted this 24th day of January, 2006,

*s/ Jeanne S. Whiteing*
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

KEVIN J. LARSEN

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

LAWRENCE JENSEN
STEPHEN SIMPSON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240