IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Electronically Filed: April 24, 2006<br><br>No. 02-127 L<br>Judge Lawrence Margolis |

**PARTIES' TWELFTH JOINT STATUS REPORT**

By order dated November 3, 2005, the Court granted the parties' joint motion to continue the stay of litigation in this case, to and including October 27, 2006, and to continue filing joint status reports every 90 days. The parties submit the following in accordance with that Order.

As previously reported, the parties have divided their settlement discussions and cooperative informal discovery efforts into several categories: Plaintiff's trust fund mismanagement claims; Plaintiff's trust asset mismanagement claims; and Plaintiff's trust accounting claims.

As to Plaintiff's trust accounting and trust fund mismanagement claims, the parties are presently focusing on the results of the Department of the Interior's Tribal trust fund account reconciliation project for the 1972-1992 period (prepared by Arthur Andersen, LLP), as those project results relate to Plaintiff.

The parties are collaborating in the informal identification and production of documents and data relevant to Plaintiff's claims, with an emphasis on the 1972-1992 period. To date, Defendant has produced 45,032 electronic images, with associated metadata or coding, to Plaintiff. These images are of 16,228 documents that were reviewed and designated by Plaintiff's counsel and/or expert for reproduction during their inspections of records identified by Defendant as being

responsive to Plaintiff's informal document production requests. Additionally, Defendant has provided to Plaintiff certain background materials that were requested informally by or discussed with Plaintiff's counsel, including certain statutory provisions and regulations, portions of Interior Department manuals, annual reports, handbooks, and agency procedures. Plaintiff's counsel is still reviewing the documents and images that have been produced by Defendant thus far.

In the near future, Defendant plans to produce to Plaintiff 28,536 images (with associated metadata), comprising 8,788 documents that also have been reviewed and designated by Plaintiff's counsel and/or expert for scanning. Defendant will make this production after it has finished conducting the appropriate secondary privilege and confidentiality reviews of the images.

On April 21, 2006, the parties discussed the prospect of scheduling a meeting in June, 2006, with the Office of the Solicitor and the Office of Historical Trust Accounting (OHTA) for the Department of the Interior, to discuss the possibility of jointly developing a proposed methodology (which may include an agreed-upon accounting) for the possible settlement of Plaintiff's trust accounting and trust fund mismanagement claims. Among other meeting topics, the parties plan to discuss the possible scope, schedule, and targeted document needs for such an methodology.

As to Plaintiff's trust asset mismanagement claims, Plaintiff's counsel is developing an approach for proposal to and discussion with Defendant's counsel as a possible way to settle Plaintiff's claims.

The parties will file their next joint status report on July 24, 2006.

Respectfully submitted this 24th day of April, 2006,

*s/ Jeanne S. Whiteing*
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division

Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

STEPHEN SIMPSON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240