IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | Electronically Filed: July 21, 2006 |
| v. | ) | No. 02-127 L<br>Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PARTIES' THIRTEENTH JOINT STATUS REPORT**

By order dated November 3, 2005, the Court granted the parties' joint motion to continue the stay of litigation in this case, to and including October 27, 2006, and to continue filing joint status reports every 90 days. The parties submit the following in accordance with that Order.

The parties have divided their settlement discussions and cooperative informal discovery efforts into several categories: Plaintiff's trust fund mismanagement claims; Plaintiff's non-monetary trust asset mismanagement claims; and Plaintiff's trust accounting claims.

As to Plaintiff's trust accounting and trust fund mismanagement claims, the parties are presently focusing on the results of the Department of the Interior's Tribal trust fund account reconciliation project for the 1972-1992 period (prepared by Arthur Andersen, LLP), as those project results relate to Plaintiff.

The parties continue to collaborate, as previously reported, in the informal identification and production of documents and data relevant to Plaintiff's claims, with an emphasis on the 1972-1992 period. To date, Defendant has produced 45,032 electronic images, with associated metadata or coding, to Plaintiff. These images are of 16,228 documents that were reviewed and designated by Plaintiff's counsel and/or expert for reproduction during their inspections of records identified by

Defendant as being responsive to Plaintiff's informal document production requests. Plaintiff's counsel is still reviewing the documents and images that have been produced by Defendant thus far.

Defendant plans to produce to Plaintiff 28,536 images (with associated metadata), comprising 8,788 documents, that also have been reviewed and designated by Plaintiff's counsel and/or expert for scanning. Defendant will make this production after it has finished conducting the appropriate secondary privilege, confidentiality, and due diligence reviews of the images.

The parties are in the process of scheduling a meeting sometime during the August 23-25, 2006 period or the August 29-31, 2006 period, between Plaintiff, its counsel, Defendant's counsel, and the Office of the Solicitor and the Office of Historical Trust Accounting (OHTA) of the Interior Department. The purpose of the meeting is to discuss the possibility of jointly developing a proposed methodology (which may include an agreed-upon accounting) for the possible settlement of Plaintiff's trust accounting and trust fund mismanagement claims. Among other meeting topics, the parties plan to discuss the possible scope, schedule, and targeted document needs for such an methodology.

In preparation for the meeting between the parties and in an effort to scope Plaintiff's trust accounting and trust fund mismanagement claims, Plaintiff's counsel has requested from Defendant's counsel certain documents relating to the claims filed by Plaintiff before the Indian Claims Commission (ICC).[1/] Defendant's counsel is in the process of determining which of the

---

[1/] Plaintiff's claims, like many Indian claims cases originally filed with the ICC under the Act of August 13, 1946, 25 U.S.C. § 70 et seq (1976), were subsequently transferred to this Court's predecessor, the Court of Claims, pursuant to 25 U.S.C. § 70v (1976), as amended by the Act of July 20, 1977, Pub. L. No. 95-69, § 2, 91 Stat. 273 (25 U.S.C.A. § 70v-3). *See Blackfeet and Gros Ventre Tribes of Indians v. United States, No. 279-A, 1963 WL 8538 (Ct. Cl. June 7, 1963); Black Feet and Gros Ventre Tribes of Indians v. United States, No. 279-B, 1966 WL 1540 (Ct. Cl. May 2,*
(continued...)

document images currently in Defendant's possession are responsive to the request of Plaintiff's counsel. After evaluating the images to determine the need for privilege, confidentiality, and due diligence reviews and after conducting any necessary reviews, Defendant's counsel will apply the appropriate privilege and confidentiality protections to the images, if any are required, and produce the non-privileged images to Plaintiff's counsel.

The parties will file their next joint status report on October 23, 2006.

Respectfully submitted this 21st day of July, 2006,

*s/ Jeanne S. Whiteing*
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

STEPHEN SIMPSON
United States Department of the Interior

---

[1/](...continued)
*1966); Blackfeet and Gros Ventre Tribes of Indians v. United States, Nos. 279-C and 250-A, 1981 WL 27980 (Ct. Cl. January 7, 1981); Blackfeet Tribe of Indians v.United States, No. 279-D, 1981 WL 28018 (Ct. Cl. Sept. 4, 1981); Blackfeet Tribe of Indians v. United States, No. 279-D, 1982 WL 31824 (Ct. Cl. January 8, 1982).*

Office of the Solicitor
Washington, D.C. 20240