# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 02-127L

(Filed: October 25, 2006)

**ORDER**

The joint motion of the parties, filed October 23, 2006, to continue current stay of proceeding, to and including October 26, 2007, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims