IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Electronically Filed:
January 23, 2007

No. 02-127 L
Judge Lawrence Margolis

**PARTIES' FIFTEENTH JOINT STATUS REPORT**

Pursuant to this Court's Order dated October 25, 2006 ("Order"), Plaintiff Blackfeet Tribe of the Blackfeet Indian Reservation and Defendant United States of America ("the parties") hereby submit their 15th joint status report. Under the Court's Order, the current stay of litigation expires on October 26, 2007. The parties submit the following joint status report, as directed by that Order.

The parties have divided their settlement discussions and cooperative informal discovery efforts into several categories: Plaintiff's trust accounting claims; Plaintiff's trust fund mismanagement claims; and Plaintiff's non-monetary trust asset or resource mismanagement claims. Further, the parties propose to address Plaintiff's trust accounting and trust fund mismanagement claims first. To that end, they have been and continue to be discussing the possibility of jointly developing a mutually acceptable methodology for analyzing Plaintiff's trust accounting and trust fund mismanagement claims.

The parties conducted a settlement meeting on December 19, 2006, in Great Falls, Montana. Attendees at the meeting were Plaintiff's counsel; the Tribal Chairman; members of the Blackfeet Tribal Business Council; other members of the Blackfeet Tribe; Plaintiff's accounting consultant; Defendant's counsel; and representatives of the Solicitor's Office, the Office of Historical Trust

Accounting, and the Bureau of Indian Affairs, of the United States Department of the Interior. Among other things, the parties discussed Plaintiff's proposed draft methodology for analyzing Plaintiff's trust accounting and trust fund mismanagement claims, which Plaintiff provided to Defendant at the meeting. Plaintiff's proposed methodology contemplates the use, in relevant part, of the results of the Interior Department's Tribal trust fund account reconciliation project for the 1972-1992 time period (prepared by Arthur Andersen, LLP), as those project results relate to Plaintiff. The parties also discussed generally the Tribe's potential non-monetary trust asset or resource mismanagement claims.

On January 9, 2007, Plaintiff provided to Defendant a revised draft of its proposed methodology. Defendant is reviewing and preparing written comments on Plaintiff's revised proposed draft methodology. Defendant will provide those written comments to Plaintiff when Defendant has finished preparing and vetting them.

As discussed and agreed in the December 19 settlement meeting, the parties will undertake tasks and plan additional meetings and discussions in the coming months, among other things, as necessary and appropriate to the advancement of their settlement discussions. The parties continue to collaborate in the informal identification and production of documents and data relevant to Plaintiff's claims. Since the parties' last joint status report and joint motion to continue the current stay of proceedings, filed on October 23, 2006, Defendant has produced to Plaintiff an additional 28,110 electronic images, comprising 8,781 documents, that were inspected and designated for reproduction by Plaintiff's expert and/or counsel for copying. To date, Defendant has produced a total of 77,216 electronic images, or 25,321 documents, to Plaintiff. Plaintiff's counsel and consultant are reviewing the document images and determining how to proceed with additional

document or data production requests. Plaintiff stated at the December 19 settlement meeting that it plans to request informally other documents or data that may be relevant or potentially relevant to Plaintiff's trust accounting and trust mismanagement claims. The parties will confer about and work cooperatively on addressing or resolving their document or data production requests or needs.

The parties will file their next joint status report on April 23, 2007.

Respectfully submitted this 23rd day of January, 2007,

*s/ Jeanne S. Whiteing*
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

CANDACE N. BECK
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240