IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | Electronically Filed: March 5, 2007 |
| v. | ) | No. 02-127 L<br>Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendant United States of America hereby gives notice of the withdrawal of Brett D. Burton as attorney of record, and the substitution of Kevin J. Larsen for same. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Defendant by serving Mr. Larsen in substitution of Mr. Burton at the address indicated below:

Kevin J. Larsen
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone (202) 305-0258
Facsimile (202) 353-2021

Express Delivery:

601 D Street, N.W.
Room 3129
Washington, D.C. 20004

Respectfully submitted this 5th day of March, 2007,

*s/ Kevin J. Larsen*
KEVIN J. LARSEN
United States Department of Justice

Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021
kevin.larsen@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
anthony.hoang@usdoj.gov

CANDACE N. BECK
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240