IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | Electronically Filed: March 6, 2007 |
| v. | ) | No. 02-127 L<br>Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS**

WHEREAS Plaintiff Blackfeet Tribe ("Plaintiff") has filed this case, alleging mismanagement of its trust funds and non-monetary trust assets and failure to provide a proper accounting and requesting various forms of relief, including monetary;

WHEREAS Plaintiff and Defendant (the "parties") have entered into, and they continue to engage in, discussions which they believe might result in settlement of the matters at issue in this case, in whole or in part, without resort to further litigation that would place an undue burden of time or expense upon the Court and the parties;

WHEREAS the parties have marked clearly, and will continue to mark clearly, the written communications relating to their settlement discussions with the label "Confidential Settlement Discussions—Do Not Disclose";

WHEREAS the parties agree that their ability to continue engaging in settlement discussions in this case will be severely hampered and constrained if they cannot rely on the expectation that their settlement discussions will be kept confidential;

WHEREAS the parties agree that their ability to resolve the matters as issue in this case, in an efficient manner, so as to conserve the Court's resources, as well as their own, will be

significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential;

WHEREAS the parties have filed a joint stipulation, which the Court has reviewed, approved, and entered as an Order, regarding the confidentiality of certain documents and data that the parties will exchange or provide to each other in this case or in the settlement discussions in this case; and

WHEREAS the parties are now reviewing that previous document and data confidentiality joint stipulation and order (dated May 23, 2003) and evaluating the need, if any, for revision or amendment of the joint stipulation and order;

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. For the purposes of this Agreement, the term "settlement communications" means any communication made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents or consultants; Defendant; or Defendant's attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settlement discussions in this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include, but are not limited to, those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, calculations, charts, spreadsheets, or any other documents, and any part thereof.

2. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including, but not limited to, requests submitted to the United States, principally, the Department of the Interior, the Department of the Treasury, and the Department of Justice, under

the Freedom of Information Act, 5 U.S.C. § 552.

3. Until further order of this Court, this Joint Stipulation and the associated Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted this 6th day of March, 2007,

*s/ Jeanne S. Whiteing*
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

*s/ Kevin J. Larsen*
KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

CANDACE N. BECK
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-127L |
| UNITED STATES OF AMERICA, | ) | (Filed: ) |
| Defendant. | ) | |

**[PROPOSED] ORDER**

The Court having found good cause for the entry of an Order approving the foregoing Joint Stipulation Regarding Confidentiality of Settlement Discussions ("Joint Stipulation"), filed on March 6, 2007,

It is hereby ORDERED that:

1. The Joint Stipulation as contained herein is APPROVED;

2. For the purposes of the Joint Stipulation, the term "settlement communications" means any communication made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents or consultants; Defendant; or Defendant's attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settlement discussions in this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include, but are not limited to, those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, calculations, charts, spreadsheets, or any other documents, and any part thereof;

3. For the purposes of the Joint Stipulation, all settlement communications in this

case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including, but not limited to, requests submitted to the United States, principally, the Department of the Interior, the Department of the Treasury, and the Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552;

4. Until further order of this Court, this Joint Stipulation and this Order shall remain in full force and effect after dismissal of the case and regardless of whether the parties reach settlement.

s/ Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims