# In the United States Court of Federal Claims

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, Plaintiff, | | |
| v. | | No. 02-127L |
| UNITED STATES OF AMERICA, Defendant. | | (Filed: March 14, 2007) |

## ORDER

The Court having found good cause for the entry of an Order approving the foregoing Joint Stipulation Regarding Confidentiality of Settlement Discussions ("Joint Stipulation"), filed on March 6, 2007,

**It is hereby ORDERED that:**

1. The Joint Stipulation as contained herein is APPROVED;

2. For the purposes of the Joint Stipulation, the term "settlement communications" means any communication made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents or consultants; Defendant; or Defendant's attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settlement discussions in this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include, but are not limited to, those provided in or

through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, calculations, charts, spreadsheets, or any other documents, and any part thereof;

3. For the purposes of the Joint Stipulation, all settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including, but not limited to, requests submitted to the United States, principally, the Department of the Interior, the Department of the Treasury, and the Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552;

4. Until further order of this Court, this Joint Stipulation and this Order shall remain in full force and effect after dismissal of the case and regardless of whether the parties reach settlement.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims