# In the United States Court of Federal Claims

| | |
|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | |
| Plaintiff, | |
| v. | No. 02-127L |
| UNITED STATES OF AMERICA, | (Filed: October 31, 2007) |
| Defendant. | |

**ORDER**

The joint motion of the parties, filed October 26, 2007, to continue current stay of proceeding, to and including October 24, 2008, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims