IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**Electronically Filed: January 24, 2007**

No. 02-127 L
Judge Lawrence Margolis

**PARTIES' NINETEENTH JOINT STATUS REPORT**

Pursuant to this Court's Order dated October 31, 2007 ("Order"), Plaintiff Blackfeet Tribe of the Blackfeet Indian Reservation and Defendant United States of America ("the parties") hereby submit their 19th joint status report.

Plaintiff filed this action on February 14, 2002, claiming violations in the Government's trust obligations with regard to account and resource asset management, and trust fund accounting. Since the filing of the action, the parties have conferred and agreed that settlement of the issues and claims raised by Plaintiff in this case, without protracted litigation, if possible, would be the most efficient, resource-conserving, and positive outcome for all parties. Upon joint motion by the parties, the Court has temporarily stayed the litigation of this case so that the parties could work together and explore the possibility of settlement. Under the Court's latest Order, the current stay of litigation expires on October 24, 2008.

The parties have divided their settlement discussions and cooperative informal discovery efforts into several categories: Plaintiff's trust accounting claims; Plaintiff's trust fund mismanagement claims; and Plaintiff's non-monetary trust asset or resource mismanagement claims. The parties are addressing Plaintiff's trust accounting and trust fund mismanagement

claims first ("Phase I"). To that end, the parties have been and continue to be developing a mutually acceptable methodology for analyzing Plaintiff's trust accounting and trust fund mismanagement claims.

As stated in previous joint status reports, Plaintiff provided Defendant with a proposed methodology on January 7, 2007. Defendant reviewed the proposal and prepared written comments, which Defendant provided to Plaintiff on May 4, 2007. Plaintiff, its counsel, and its accounting consultant have evaluated Defendant's comments and have been and continue to be preparing a response thereto. Plaintiff's accounting consultant has been delayed in his preparation of the response, because he has been preoccupied with other unrelated work, including tasks relating to the Tribal Trust Fund Settlement Project being conducted by the Inter-Tribal Monitoring Association (ITMA) and the Department of the Interior's Office of Historical Trust Accounting (OHTA). Currently, counsel for the parties are discussing the timing and arrangements for a conference call and a meeting in February, 2008. Plaintiff anticipates that it will be able to provide a preliminary response to Defendant's comments on Plaintiff's proposed settlement methodology on the conference call, which is presently scheduled for February 6, 2008, and that the parties will conduct a full discussion of the proposed settlement methodology, Defendant's comments, Plaintiff's response, and other associated issues, when they convene in person. The parties foresee the probable need for multiple meetings and conference calls before they can finalize and agree upon a mutually acceptable settlement methodology. Further, the parties foresee the need to negotiate the specific details and proposed schedule for implementing any jointly approved settlement methodology.

Plaintiff and Defendant have continued their agreement to collaborate in the informal

identification and production of documents and data relevant to Plaintiff's claims. The parties have made no document and data requests or productions since their last joint status report to the Court. To date, Defendant has produced a total of 25,321 documents (or 77,216 electronic images) to Plaintiff. Plaintiff's counsel and consultant continue to review the document images to determine whether and how to proceed with additional document or data production requests.

The parties will file their next joint status report on April 25, 2008.

Respectfully submitted this 24th day of January, 2008,

*/s/ Jeanne S. Whiteing by Kevin J. Larsen*
*pursuant to verbal authorization dated*
*January 24, 2008*
JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

*/s/ Kevin J. Larsen*
KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

KRISTOFOR R. SWANSON
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0248
Tel: (202) 305-0241
Fax: (202) 353-2021

CANDACE N. BECK
United States Department of the Interior
Office of the Solicitor

Washington, D.C. 20240

TERESA DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20270