IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | Electronically Filed: ____________ |
| v. | ) | No. 02-127 L<br>Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL**

To the Clerk of this Court and all parties of record:

Defendant hereby gives notice of the withdrawal of Kevin J. Larsen, and the substitution of Kristofor Swanson as counsel of record for the Defendant in this matter. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Defendant by service upon Mr. Swanson in substitution for Mr. Larsen at the address indicated below:

Kristofor Swanson
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248
Facsimile: (202) 353-2021
E-mail: kristofor.swanson@usdoj.gov

Express Delivery:

601 D. Street, N.W.
Room 3131
Washington, D.C. 20004

Respectfully submitted this 10th day of March 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ *Kevin J. Larsen*
KEVIN J. LARSEN
KRISTOFOR SWANSON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0258
Tel: 202-305-0248
Fax: 202-353-2021

kevin,larsen@usdoj.gov
Kristofor.swanson@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL** was served on March 10, 2008, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

*/s/ Kevin J. Larsen*
KEVIN J. LARSEN