IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | Electronically Filed: March 12, 2008 |
| v. | ) | No. 02-127 L<br>Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of Kristofor R. Swanson as Counsel for the Defendant. Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Swanson at the address below.

Respectfully submitted this 12th day of March, 2008.

RONALD J. TENPAS
Assistant Attorney General

By: *__/s/ Kristofor R. Swanson__*

KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-353-2021
Email: kristofor.swanson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004