IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION, | ) | |
| | ) | Electronically Filed: |
| *Plaintiff,* | ) | April 25, 2008 |
| | ) | |
| *v.* | ) | No. 02-127 L |
| | ) | Judge Lawrence Margolis |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Defendant.* | ) | |

**PARTIES' TWENTIETH JOINT STATUS REPORT**

Pursuant to this Court's Order dated October 31, 2007 ("Order"), Plaintiff Blackfeet Tribe of the Blackfeet Indian Reservation and Defendant United States of America ("the parties") hereby submit their 20th Joint Status Report. Plaintiff filed this action on February 14, 2002, alleging violations in the Government's purported trust obligations with regard to account and resource asset management, and trust fund accounting. Since filing, the parties have conferred and agreed that settlement of the issues and claims raised by Plaintiff in this case, without the need for protracted litigation, would be the most efficient, resource-conserving, and positive outcome for all parties. Under the Court's Order, the current stay of litigation expires on October 24, 2008.

The parties have divided their settlement discussions and cooperative informal discovery efforts into several categories: Plaintiff's trust accounting claims; Plaintiff's trust fund mismanagement claims; and Plaintiff's non-monetary trust asset or resource mismanagement claims. The parties are addressing Plaintiff's trust accounting and trust fund mismanagement claims first ("Phase I"). To that end, the parties are continuing development of a mutually acceptable methodology for analyzing Plaintiff's trust accounting and trust fund mismanagement claims.

Following an extensive period of informal document and data productions by Defendant, in response to informal requests by Plaintiff, involving thousands of documents, Plaintiff provided Defendant with a proposed methodology on December 19, 2006, at a meeting between the parties held in Great Falls, Montana. After the meeting, Plaintiff provided a revised proposed methodology on January 7, 2007. The Department of the Interior's Office of Historical Trust Accounting (OHTA) reviewed Plaintiff's proposal and prepared written comments, which Defendant provided to Plaintiff on May 4, 2007. On February 6, 2008, counsel for the parties, Plaintiff's accounting consultant, an attorney from the Interior Department Solicitor's Office, and representatives from OHTA and the Office of the Special Trustee for American Indians (OST) conducted a telephone conference to discuss, *inter alia*, the status of Plaintiff's review and evaluation of OHTA's comments. Plaintiff formally responded to OHTA's comments in writing and provided a revised proposed methodology to Defendant on February 15, 2008. On March 5, 2008, as promised during February 8 call, Defendant provided Plaintiff with a dataset containing Tribe-specific trust account transaction data ("Common Dataset") from July 1, 1972, through September 30, 2006, for Plaintiff's proceeds of labor and judgment/award accounts, as well as a draft data completeness validation report.

The parties then held a day-long meeting in Denver, Colorado, on March 11, 2008. The parties' counsel, Plaintiff's consultant, and representatives of the Solicitor's Office, OST, and OHTA attended the meeting. At the meeting, the parties discussed Plaintiff's latest proposed methodology and the Interior Department's response thereto. Further, the OST and OHTA representatives presented, and answered questions about, OST's proposed approach to the Phase I claims and OHTA's Common Dataset.

During the March 11 meeting, the parties agreed that they would undertake certain steps to research, determine, and evaluate the historical actual investment performance of Plaintiff's trust fund accounts. The parties have identified the applicable time period for the proposed analyses, and are currently coordinating to identify additional accounts, beyond those already identified, which may be subject to the proposed analyses and methodology.

Also at the March 11 meeting, the parties reaffirmed their commitment to collaborate in the informal identification and production of documents and data potentially relevant to Plaintiff's claims. For example, Defendant described at the March 11 meeting several recently-located documents regarding the closure of Indian Money Proceeds of Labor (IMPL) accounts that may relate to the Plaintiff's claims. Defendant has identified the relevant IMPL documents, and expects to produce them to Plaintiff within the next 60 days. Other than the IMPL document identification, Plaintiff has made no new document or data requests, and Defendant has made no new productions, since their last joint status report to the Court. As previously reported, Defendant has produced, to date, a total of 25,321 documents (or 77,216 electronic images) to Plaintiff. Plaintiff's counsel and consultant continue to review the produced images to determine whether and how to proceed with additional document or data production requests, if necessary.

After the March 11 meeting, Plaintiff provided further revisions to the proposed methodology on April 4, 2008. Counsel for the parties have also discussed their next steps and the timing for those steps, including a follow-up telephone conference and the next meeting between the parties' counsel, Plaintiff's consultant, Interior Department representatives, and, if appropriate, OHTA's accounting contractor or the Treasury Department. The parties have tentatively planned

their next face-to-face meeting for the end of June 2008. Plaintiff has also committed to complete a review of the Blackfeet-specific Tribal trust fund reconciliation project results (commonly referred to as the "Arthur Anderson reconciliation project"), prior to the next meeting, to determine whether to accept or use any of the results, and to complete a review of identification of all relevant accounts.

The parties will file their next joint status report on July 25, 2008.

Respectfully submitted this 25th day of April, 2008.

*/s/ Jeanne S. Whiteing*

JEANNE S. WHITEING
Whiteing & Smith
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

*/s/ Kristofor R. Swanson*

KRISTOFOR R. SWANSON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0248
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

CANDACE N. BECK
U.S. Department of the Interior

Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
U.S. Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20270